**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER**
**A Law Corporation**
**3638 American River Drive**
**Sacramento, CA  95864**
**Telephone:    (916) 974-3500**
**Facsimile:    (916) 520-3497**

**Attorneys for Defendant**
**Kevin Lee Co**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>KEVIN LEE CO,<br><br>                              Defendant. | CASE NO.  2:16-CR-00167 TLN<br><br>STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: November 3, 2016<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      A change of plea hearing has been previously scheduled for November 3, 2016.

2.      Counsel for the Government, Assistant U.S. Attorney Brian A. Fogerty is presently in trial in this district before the Hon. William B. Shubb, for the past two weeks and defendant's counsel Donald H. Heller was in preparation for trial for an Alameda County homicide case that was to commence on October 24, 2016, and that trial was continued to November 28, 2016. Additional time is necessary for counsel for the parties to meet and confer so that this matter can be resolved by a change of plea and thus avoid a trial.  The meet and confer process and corresponding review of the evidence is

STIPULATION RE: RESETTING CHANGE OF PLEA
HEARING; EXCLUDING TIME UNDER SPEEDY TRIAL ACT

1   also part of the defendant's counsel's preparation for trial in the event the parties do not reach an agreed

2   resolution. Accordingly, it is agreed and stipulated that the change of plea hearing scheduled for

3   November 3, 2016, be continued to December 8, 2016, at 9:30 a.m., for change of plea.

4         3.      Based on the above-stated findings, the ends of justice served by continuing the case as

5   requested outweigh the interest of the public and the defendant in a trial within the original date

6   prescribed by the Speedy Trial Act.

7         4.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.,

8   within which trial must commence, the time period between the date of this Order and December 8,

9   2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

10  because it results from a continuance granted by the Court at the joint request of the parties provides an

11  adequate basis to demonstrate that ends of justice served by granting this continuance outweigh the best

12  interest of the public and the defendant in a speedy trial.

13        5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

14  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

15  must commence.

16        IT IS SO STIPULATED.

17

18

19  Dated:  November 1, 2016               PHILLIP A. TALBERT
                                           Acting United States Attorney

20

21                                         /s/ *Brian A. Fogerty*
                                           Brian A. Fogerty

22                                         Assistant United States Attorney

23

24  Dated:  November 1, 2016               /s/ Donald H Heller, Esq.
                                           Donald H. Heller, Esq.

25                                         Counsel for Defendant
                                           Kevin Co

26

27  //

28  //

STIPULATION RE: RESETTING CHANGE OF PLEA
HEARING; EXCLUDING TIME UNDER SPEEDY TRIAL ACT

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 1st day of November, 2016.

Dated: November 1, 2016

_____
Troy L. Nunley
United States District Judge