UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN LEE CO,<br><br>Defendant. | No. 2:16-cr-00167-TLN<br><br>**ORDER RELATING CASES** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM CHARLES COOLEY, JR.,<br><br>Defendant. | No. 2:17-cr-00026-MCE |

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a)(2), (3). The actions involve the same property, transaction or event, and also involve similar questions of fact, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge. No consolidation of the actions is

1

1 affected.  Under the regular practice of this court, related cases are generally assigned to the judge
2 and magistrate judge to whom the first filed action was assigned.
3     IT IS THEREFORE ORDERED that the action denominated 2:17-cr-00026-MCE is
4 hereby reassigned to District Judge Troy L. Nunley for all further proceedings.  Any dates
5 currently set in the reassigned case only are hereby VACATED.  Henceforth, the caption on
6 documents filed in the reassigned case shall be shown as: 2:17-cr-00026-TLN.
7     IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the
8 assignment of criminal cases to compensate for this reassignment.

11 Dated: February 22, 2017

        Troy L. Nunley
        United States District Judge