1 | DONALD H. HELLER, SBN 55717
2 | DONALD H. HELLER,
  | A Law Corporation
3 | 3638 American River Drive
  | Sacramento, CA  95864
4 | Telephone:     (916) 974-3500
5 | Facsimile: (916) 520-3497
  | E-Mail: dheller@donaldhellerlaw.com
6 | Attorneys for Defendant
7 | Kevin Lee Co

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:16-CR-167 TLN |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| Kevin Lee Co, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Assistant United States Attorney Brian A. Fogerty, counsel for the plaintiff United States of America, and defendant Kevin Lee Co, by and through his attorney Donald H. Heller, that the sentencing hearing scheduled for scheduled for May 25, 2017, at 9:30 a.m., be continued to September 21, 2017 at 9:30 a.m., and re-designated as a sentencing date status hearing for the following reasons:

The defendant is cooperating in connection with other related matters and a continuance of sentencing will allow the parties to present to the Court the full extent of the defendant's cooperation and assistance. It is agreed by the parties hereto, that if it is determined that a sentencing hearing date can be determined prior to September 21, 2017, the parties will confer

-1-

**Stipulation to Continue Sentencing Hearing**　　　　　　　　　　　　　　　　　　　　**Case No. 2:16-CR-167 TLN**

with the Court's Clerk and submit a Stipulation and Order to the Court for the Court's consideration and approval.

Dated: May 3, 2017

                               Phillip A. Talbert
                               United States Attorney

                               */s/ Brian A. Fogerty*

                               Brian A. Fogerty
                               Assistant U.S. Attorney

                               */s/ Donald H. Heller*
                               Attorney for Defendant
                               Kevin Lee Co

## ORDER

GOOD CAUSE APPEARING Based upon the representations of counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

The Sentencing Hearing set for May 25, 2017 at 9:30 a.m. is vacated; and a Sentencing Date Status Hearing is set for September 21, 2017, at 9:30 a.m. If it is determined that a sentencing hearing date can be determined prior to September 21, 2017, the parties will confer with the Court's Clerk and submit a Stipulation and Order to the Court for the Court's consideration and approval.

**IT IS SO ORDERED.**

Dated: May 3, 2017

                               Troy L. Nunley
                               United States District Judge