1  DONALD H. HELLER, SBN 55717
2  DONALD H. HELLER,
   A Law Corporation
3  3638 American River Drive
   Sacramento, CA  95864
4  Telephone:    (916) 974-3500
5  Facsimile: (916) 520-3497
   E-Mail: dheller@donaldhellerlaw.com
6  Attorneys for Defendant
7  Kevin Lee Co

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, vs. KEVIN LEE CO, Defendant. | Case No. 2:16-CR-167 TLN<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING DATE STATUS HEARING TO DECEMBER 7, 2017 |
|---|---|

IT IS HEREBY STIPULATED, by and between Assistant United States Attorney Brian A. Fogerty, counsel for the plaintiff United States of America, and defendant Kevin Lee Co, by and through his attorney Donald H. Heller, that the sentencing date status hearing scheduled for September 21, 2017 at 9:30AM be continued to December 7, 2017 at 9:30AM for a sentencing date status hearing for the following reasons:

The defendant is cooperating with other related matters and a continuance of sentencing will allow the parties to present to the Court the full extent of the defendant's cooperation and assistance.

///

Dated: September 15, 2017

                                 Phillip A. Talbert
                                 United States Attorney

                                 */s/ Brian A. Fogerty*

                                 Brian A. Fogerty
                                 Assistant U.S. Attorney

                                 */s/ Donald H. Heller*
                                 Attorney for Defendant
                                 Kevin Lee Co

## ORDER

GOOD CAUSE APPEARING Based upon the representations of counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

The Sentencing Date Status Hearing set for September 21, 2017 at 9:30 a.m. is vacated; and a Sentencing Date Status Hearing is set for December 7, 2017, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: September 18, 2017

                                               Troy L. Nunley
                                               United States District Judge