1  DONALD H. HELLER, SBN 55717
2  DONALD H. HELLER,
   A Law Corporation
3  3638 American River Drive
   Sacramento, CA  95864
4  Telephone:    (916) 974-3500
5  Facsimile: (916) 520-3497
   E-Mail: dheller@donaldhellerlaw.com
6  Attorneys for Defendant
7  Kevin Lee Co

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN LEE CO,<br><br>Defendant. | Case No. 2:16-CR-167 TLN<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING FEBRUARY 8, 2018 |

IT IS HEREBY STIPULATED, by and between Assistant United States Attorney Brian A. Fogerty, counsel for the plaintiff United States of America, and defendant Kevin Lee Co, by and through his attorney Donald H. Heller, that the sentencing date status hearing scheduled for December 7, 2017, at 9:30AM be continued to February 8, 2018 at 9:30AM for a sentencing date status hearing for the following reasons:

The defendant is cooperating in connection with other related matters and a continuance of sentencing will allow the parties to present to the Court the full extent of the defendant's cooperation and assistance.

Dated: December 4, 2017

-1-
**Stipulation to Continue Sentencing Date Status Hearing**         **Case No. 2:16-CR-167 TLN**

Phillip A. Talbert
United States Attorney

*/s/ Brian A. Fogerty*

Brian A. Fogerty
Assistant U.S. Attorney

*/s/ Donald H. Heller*
Attorney for Defendant
Kevin Lee Co

## ORDER

GOOD CAUSE APPEARING Based upon the representations of counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

The Sentencing Date Status Hearing set for December 7, 2017, at 9:30 a.m. is vacated; and a Sentencing Date Status Hearing is set for February 8, 2018, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: December 5, 2017

Troy L. Nunley
United States District Judge