1  DONALD H. HELLER, SBN 55717
2  DONALD H. HELLER,
   A Law Corporation
3  3638 American River Drive
   Sacramento, CA  95864
4  Telephone:    (916) 974-3500
5  Facsimile: (916) 520-3497
   E-Mail: dheller@donaldhellerlaw.com
6  Attorneys for Defendant
7  Kevin Lee Co

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA              Case No. 2:16-CR-167 TLN
12
            Plaintiff,
13
                                         STIPULATION AND ORDER TO
14                                        CONTINUE SENTENCING STATUS DATE
    vs.                                   HEARING to April 26, 2018
15
16  Kevin Lee Co,
17
            Defendant.
18
            IT IS HEREBY STIPULATED, by and between Assistant United States Attorney
19
    Brian A. Fogerty, counsel for the plaintiff United States of America, and defendant Kevin
20
    Lee Co, by and through his attorney Donald H. Heller, that the sentencing status date
21
    hearing scheduled for February 8, 2018, at 9:30AM be continued to April 26, 2018 at
22
    9:30AM for a sentencing date status hearing for the following reasons:
23
            The defendant is cooperating in connection with other related matters and a
24
    continuance of sentencing will allow the parties to present to the Court the full extent of
25
    the defendant's cooperation and assistance.
26
27
    Dated: January 31, 2018
28
                                         -1-
    **Stipulation to Continue Sentencing Date Status Hearing**          **Case No. 2:16-CR-167 TLN**

McGregor Scott
United States Attorney

/s/ Brian A. Fogerty

Brian A. Fogerty
Assistant U.S. Attorney

/s/ Donald H. Heller
Attorney for Defendant
Kevin Lee Co

# ORDER

GOOD CAUSE APPEARING Based upon the representations of counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

The Sentencing Date Status Hearing set for February 8, 2018, at 9:30 a.m. is vacated; and a Sentencing Date Status Hearing is set for April 26, 2018, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: January 31, 2018

Troy L. Nunley
United States District Judge

**Stipulation to Continue Sentencing Date Status Hearing**          **Case No. 2:16-CR-167 TLN**