DONALD H. HELLER, SBN 55717
DONALD H. HELLER,
A Law Corporation
3638 American River Drive
Sacramento, CA 95864
Telephone: (916) 974-3500
Facsimile: (916) 520-3497
E-Mail: dheller@donaldhellerlaw.com

Attorneys for Defendant
Kevin Lee Co

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. 2:16-CR-167 TLN |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE SENTENCING STATUS DATE HEARING to May 31, 2018 |
| KEVIN LEE CO, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Assistant United States Attorney Brian A. Fogerty, counsel for the plaintiff United States of America, and defendant Kevin Lee Co, by and through his attorney Donald H. Heller, that the sentencing status date hearing scheduled for April 26, 2018, at 9:30AM be continued to May 31, 2018 at 9:30AM for a sentencing date status hearing for the following reasons:

The defendant is cooperating in connection with other related matters and a continuance of sentencing will allow the parties to present to the Court the full extent of the defendant's cooperation and assistance.

-1-
**Stipulation to Continue Sentencing Date Status Hearing**      **Case No. 2:16-CR-167 TLN**

Dated: April 19, 2018

                    McGregor Scott
                    United States Attorney

                    */s/ Brian A. Fogerty*

                    Brian A. Fogerty
                    Assistant U.S. Attorney

                    */s/ Donald H. Heller*
                    Attorney for Defendant
                    Kevin Lee Co

## ORDER

GOOD CAUSE APPEARING Based upon the representations of counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

The Sentencing Date Status Hearing set for April 26, 2018, at 9:30 a.m. is vacated; and a Sentencing Date Status Hearing is set for May 31, 2018, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: April 20, 2018

                    Hon. Troy L. Nunley
                    United States District Judge