DONALD H. HELLER, SBN 55717
DONALD H. HELLER,
A Law Corporation
3638 American River Drive
Sacramento, CA 95864
Telephone: (916) 974-3500
Facsimile: (916) 520-3497
E-Mail: dheller@donaldhellerlaw.com

Attorneys for Defendant
Kevin Lee Co

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. 2:16-CR-167 TLN |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING STATUS DATE HEARING TO OCTOBER 25, 2018 |
| Kevin Lee Co, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Assistant United States Attorney Brian A. Fogerty, counsel for the plaintiff United States of America, and defendant Kevin Lee Co, by and through his attorney Donald H. Heller, that the sentencing status date hearing scheduled for August 30, 2018, at 9:30 a.m., be continued to October 25, 2018 at 9:30 a.m. for a sentencing date status hearing for the following reasons:

The defendant is cooperating in connection with other related matters and a continuance of sentencing will allow the parties to present to the Court the full extent of the defendant's cooperation and assistance.

//

Dated: August 24, 2018

McGregor Scott
United States Attorney

*/s/ Brian A. Fogerty*

Brian A. Fogerty
Assistant U.S. Attorney

*/s/ Donald H. Heller*
Attorney for Defendant
Kevin Lee Co

## ORDER

GOOD CAUSE APPEARING Based upon the representations of counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

The Sentencing Date Status Hearing set for August 30, 2018 at 9:30 a.m. is vacated; and a Sentencing Date Status Hearing is set for, October 25, 2018 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: August 27, 2018

Troy L. Nunley
United States District Judge