DONALD H. HELLER, SBN 55717
DONALD H. HELLER,
A Law Corporation
3638 American River Drive
Sacramento, CA  95864
Telephone:    (916) 974-3500
Facsimile: (916) 520-3497
E-Mail: dheller@donaldhellerlaw.com

Attorneys for Defendant
Kevin Lee Co

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>Kevin Lee Co,<br><br>Defendant. | Case No. 2:16-CR-167 TLN<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING STATUS DATE HEARING to December 13, 2018 |

IT IS HEREBY STIPULATED, by and between Assistant United States Attorney Brian A. Fogerty, counsel for the plaintiff United States of America, and defendant Kevin Lee Co, by and through his attorney Donald H. Heller, that the sentencing status date hearing scheduled for October 25, 2018 at 9:30 a.m. be continued to for a sentencing date status hearing on December 13, 2018, for the following reasons:

Assistant United States Attorney Fogerty is on paternity leave and will return at the end of this month. The defendant is cooperating in connection with other related matters and a continuance of sentencing will allow the parties to present to the Court the full extent of the defendant's cooperation and assistance.

-1-

**Stipulation to Continue Sentencing Date Status Hearing**    **Case No. 2:16-CR-167 TLN**

Dated: October 19, 2018

                      McGregor Scott
                      United States Attorney

                      */s/ Brian A. Fogerty*

                      Brian A. Fogerty
                      Assistant U.S. Attorney

                      */s/ Donald H. Heller*
                      Attorney for Defendant
                      Kevin Lee Co

## ORDER

GOOD CAUSE APPEARING Based upon the representations of counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

The Sentencing Date Status Hearing set for October 25, 2018 at 9:30 a.m.is vacated; and a Sentencing Date Status Hearing is set for December 13, 2018 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: October 19, 2018

                      Hon. Troy L. Nunley
                      United States District Judge

-2-
**Stipulation to Continue Sentencing Date Status Hearing**        **Case No. 2:16-CR-167 TLN**