DONALD H. HELLER, SBN 55717
DONALD H. HELLER,
A Law Corporation
3638 American River Drive
Sacramento, CA 95864
Telephone: (916) 974-3500
Facsimile: (916) 520-3497
E-Mail: dheller@donaldhellerlaw.com

Attorneys for Defendant
Kevin Lee Co

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN LEE CO,<br><br>Defendant. | Case No. 2:16-CR-167 TLN<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING STATUS DATE HEARING TO JANUARY 3, 2019 |

IT IS HEREBY STIPULATED, by and between Assistant United States Attorney Brian A. Fogerty, counsel for the plaintiff United States of America, and defendant Kevin Lee Co, by and through his attorney Donald H. Heller, that the sentencing status date hearing scheduled for December 13, 2018 at 9:30 a.m., be continued to January 3, 2019 at 9:30 a.m. for a sentencing date status hearing for the following reasons:

Mr. Fogerty is tied up in another matter and has a conflict on December 13, 2018. The defendant is cooperating in connection with other related matters and a continuance of sentencing will allow the parties to present to the Court the full extent of the defendant's cooperation and assistance.

Dated: December 11, 2018

                              McGregor Scott
                              United States Attorney

*/s/ Brian A. Fogerty*

Brian A. Fogerty
Assistant U.S. Attorney

*/s/ Donald H. Heller*
Attorney for Defendant
Kevin Lee Co

## ORDER

GOOD CAUSE APPEARING Based upon the representations of counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

The Sentencing Date Status Hearing set for December 13, 2018 at 9:30 a.m. is vacated; and a Sentencing Date Status Hearing is set for, January 3, 2019 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: December 11, 2018

                                                Troy L. Nunley
                                                United States District Judge

-2-

**Stipulation to Continue Sentencing Date Status Hearing**                            **Case No. 2:16-CR-167 TLN**