DONALD H. HELLER, SBN 55717
DONALD H. HELLER,
A Law Corporation
3638 American River Drive
Sacramento, CA 95864
Telephone: (916) 974-3500
Facsimile: (916) 520-3497
E-Mail: dheller@donaldhellerlaw.com

Attorneys for Defendant
Kevin Lee Co

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, vs. KEVIN LEE CO, Defendant. | Case No. 2:16-CR-167 TLN<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING STATUS DATE HEARING TO FEBRUARY 21, 2019 |
|---|---|

IT IS HEREBY STIPULATED, by and between Assistant United States Attorney Brian A. Fogerty, counsel for the plaintiff United States of America, and defendant Kevin Lee Co, by and through his attorney Donald H. Heller, that the sentencing status date hearing scheduled for January 24, 2019 at 9:30 a.m. be continued to for a sentencing date status hearing on February 21, 2019, for the following reasons:

The defendant is cooperating in connection with other related matters and a continuance of sentencing will allow the parties to present to the Court the full extent of the defendant's cooperation and assistance.

-1-
**Stipulation to Continue Sentencing Date Status Hearing**  **Case No. 2:16-CR-167 TLN**

| | |
|---|---|
| Dated: January 23, 2019 | McGregor Scott<br>United States Attorney |
| | |
| | */s/ Brian A. Fogerty*<br>Brian A. Fogerty<br>Assistant U.S. Attorney |
| | */s/ Donald H. Heller*<br>Attorney for Defendant<br>Kevin Lee Co |

## ORDER

GOOD CAUSE APPEARING Based upon the representations of counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

The Sentencing Date Status Hearing set for January 24, 2019 at 9:30 a.m. is vacated; and a Sentencing Date Status Hearing is set for February 21, 2019 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: January 23, 2019

Troy L. Nunley
United States District Judge