1  McGREGOR W. SCOTT
   United States Attorney
2  BRIAN A. FOGERTY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-167 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING SENTENCING HEARING |
| v. | |
| KEVIN LEE CO, | DATE: February 21, 2019<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status hearing regarding sentencing on February 21, 2019. ECF No. 46.

2. By this stipulation, the parties request that the Court vacate the February 21, 2019, status hearing, and set this case for a sentencing hearing and the entry of judgment on July 25, 2019, at 9:30 a.m.

3. The parties further request that the Court refer the defendant to U.S. Probation for the preparation of a presentence report.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: February 19, 2019 | | McGREGOR W. SCOTT<br>United States Attorney |
| | | /s/ BRIAN A. FOGERTY<br>BRIAN A. FOGERTY<br>Assistant United States Attorney |
| Dated: February 19, 2019 | | /s/ DONALD H. HELLER<br>DONALD H. HELLER<br>Counsel for Defendant<br>KEVIN LEE CO |

**ORDER**

IT IS SO ORDERED.

Dated: February 20, 2019

Troy L. Nunley
United States District Judge