DONALD H. HELLER, SBN 55717
DONALD H. HELLER,
A Law Corporation
3638 American River Drive
Sacramento, CA 95864
Telephone: (916) 974-3500
Facsimile: (916) 520-3497
E-Mail: dheller@donaldhellerlaw.com

Attorneys for Defendant
Kevin Lee Co

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     Plaintiff,<br><br><br>     vs.<br><br><br>KEVIN LEE CO,<br><br>     Defendant. | Case No. 2:16-CR-167 TLN<br><br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING TO NOVEMBER 7, 2019 |

IT IS HEREBY STIPULATED, by and between Assistant United States Attorney Brian A. Fogerty, counsel for the plaintiff United States of America, and defendant Kevin Lee Co, by and through his attorney Donald H. Heller, that the Judgment and Sentencing Hearing scheduled for July 25, 2019, 2019 at 9:30 a.m. be continued to November 7, 2019, at 9:30 a.m.. Defendant is scheduled for a Pre-Sentence Report interview with Senior U.S. Probation Officer Lynda Moore on July 17, 2019, and defendant has provided voluminous document to Ms. Moore and the government has accomplished the same. The new Schedule for Disclosure of the Pre-Sentence Report and for Filing of Objections to the Pre-Sentence Report is as follows:

**Stipulation to Continue Judgment and Sentencing**         **Case No. 2:16-CR-167 TLN**

| Judgment and sentencing hearing | 11/07/2019 |
|---|---|
| Reply or statement of non-opposition | 10/31/2019 |
| Motion for correction of the Pre−Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | 10/24/2019 |
| The Pre−Sentence Report shall be filed with the court and disclosed to counsel no later than: | 10/17/2019 |
| Counsel's written objections to the Pre−Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 10/03/2019 |
| The Proposed Pre−Sentence Report shall be 06/13/2019 disclosed to counsel no later than: | 09/19/2019 |

Dated: July 15, 2019

McGregor Scott
United States Attorney


*/s/ Brian A. Fogerty*
Brian A. Fogerty
Assistant U.S. Attorney

*/s/ Donald H. Heller*
Attorney for Defendant
Kevin Lee Co

## ORDER

GOOD CAUSE APPEARING Based upon the representations of counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

The Judgment and Hearing scheduled for July 25, 2019, be vacated and continued to November 7, 2019, at 9:30 a.m., and the Schedule for Disclosure stipulated above is adopted.

**Stipulation to Continue Judgment and Sentencing**          **Case No. 2:16-CR-167 TLN**

**IT IS SO ORDERED.**

DATED: July 15, 2019

_____
Troy L. Nunley
United States District Judge