DONALD H. HELLER, SBN 55717
DONALD H. HELLER,
A Law Corporation
3638 American River Drive
Sacramento, CA 95864
Telephone: (916) 974-3500
Facsimile: (916) 520-3497
E-Mail: dheller@donaldhellerlaw.com

Attorneys for Defendant
Kevin Lee Co

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, vs. Kevin Lee Co, Defendant. | Case No. 2:16-CR-167 TLN<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING TO FEBRUARY 20, 2020 |
|---|---|

IT IS HEREBY STIPULATED, by and between Assistant United States Attorney Brian A. Fogerty, counsel for the plaintiff United States of America, and defendant Kevin Lee Co, by and through his attorney Donald H. Heller, that the Judgment and Sentencing Hearing scheduled for November 7, 2019 at 9:30 a.m. be continued to February 20, 2020, by the agreement of the parties and scheduling of said Sentencing Hearing on a date convenient to the Court. The new Schedule for Disclosure of the Pre-Sentence Report and for Filing of Objections to the Pre-Sentence Report is as follows:

| Judgment and sentencing hearing | 2/20/2020 |
|---|---|

| | |
|---|---|
| Reply or statement of non-opposition | 2/13/2020 |
| Motion for correction of the Pre−Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | 2/6/2020 |
| The final Pre−Sentence Report shall be filed with the court and disclosed to counsel no later than: | 1/30/2020 |
| Counsel's written objections to the Pre−Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 1/23/2020 |
| The Proposed Pre−Sentence Report shall be disclosed to counsel no later than: | 12/19/2019 |

Dated: November 12, 2019          McGregor Scott
                                  United States Attorney


                                  */s/ Brian A. Fogerty*
                                  Brian A. Fogerty
                                  Assistant U.S. Attorney

                                  */s/ Donald H. Heller*
                                  Attorney for Defendant
                                  Kevin Lee Co


## ORDER

GOOD CAUSE APPEARING Based upon the representations of counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

The Judgment and Hearing scheduled for November 7, 2019, be vacated and continued to February 20, 2020, at 9:30 a.m., and the Schedule for Disclosure stipulated above is adopted.

-2-
**Stipulation to Continue Judgment and Sentencing**          Case No. 2:16-CR-167 TLN

1     **IT IS SO ORDERED.**

3 Dated: November 13, 2019

                                       Troy L. Nunley
                                       United States District Judge