| | |
|---|---|
| 1 | DONALD H. HELLER, SBN 55717 |
| 2 | DONALD H. HELLER, |
|   | A Law Corporation |
| 3 | 3638 American River Drive |
|   | Sacramento, CA  95864 |
| 4 | Telephone:    (916) 974-3500 |
| 5 | Facsimile: (916) 520-3497 |
|   | E-Mail: dheller@donaldhellerlaw.com |
| 6 | |
| 7 | Attorneys for Defendant |
|   | Kevin Lee Co |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:16-CR-167 TLN |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING TO MAY 7, 2020 |
| KEVIN LEE CO, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Assistant United States Attorney Brian A. Fogerty, counsel for the plaintiff United States of America, and defendant Kevin Lee Co, by and through his attorney Donald H. Heller, that the Judgment and Sentencing Hearing scheduled for February 20, 2020 at 9:30 a.m. be continued to May 7, 2020,  by the agreement of the parties and scheduling of said Sentencing Hearing on a date convenient to the Court. The new Schedule for Disclosure of the Pre-Sentence Report and for Filing of Objections to the Pre-Sentence Report is as follows:

| Judgment and sentencing hearing | 5/7/2020 |
|---|---|

-1-

**Stipulation to Continue Judgment and Sentencing**     **Case No. 2:16-CR-167 TLN**

| | | |
|---|---|---|
| 1 | Reply or statement of non-opposition | 4/23/2020 |
| 2 | Motion for correction of the Pre−Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | 4/16/2020 |
| 3 | The final Pre−Sentence Report shall be filed with the court and disclosed to counsel no later than: | 4/09/2020 |
| 4 | Counsel's written objections to the Pre−Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 4/2/2020 |
| 5 | The Proposed Pre−Sentence Report shall be disclosed to counsel no later than: | Delivered 2/13/2020 |

Dated: February 16, 2020

McGregor Scott
United States Attorney

*/s/ Brian A. Fogerty*
Brian A. Fogerty
Assistant U.S. Attorney

*/s/ Donald H. Heller*
Attorney for Defendant
Kevin Lee Co

## ORDER

GOOD CAUSE APPEARING Based upon the representations of counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

The Judgment and Hearing scheduled for February 20, 2020, is vacated and continued to May 7, 2020, at 9:30 a.m., and the Schedule for Disclosure stipulated above is adopted.

//

-2-

**Stipulation to Continue Judgment and Sentencing**          **Case No. 2:16-CR-167 TLN**

**IT IS SO ORDERED.**

Dated: February 18, 2020

_____
Troy L. Nunley
United States District Judge