DONALD H. HELLER, SBN 55717
DONALD H. HELLER,
A Law Corporation
3638 American River Drive
Sacramento, CA  95864
Telephone:    (916) 974-3500
Facsimile: (916) 520-3497
E-Mail: dheller@donaldhellerlaw.com

Attorneys for Defendant
Kevin Lee Co

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:16-CR-167 TLN |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCE TO OCTOBER 29, 2020 |
| KEVIN LEE CO, | |
| Defendant. | |

   IT IS HEREBY STIPULATED, by and between Assistant United States Attorney Brian A. Fogerty, counsel for the plaintiff United States of America, and defendant Kevin Lee Co, by and through his attorney Donald H. Heller, that Judgment and Sentence scheduled for May 7, 2020 at 9:30 a.m. be continued to October 29, 2020 at 9:30 a.m. in accordance with the Court's most recent notification in connection with the COVID-2019 Pandemic.

//

//

-1-

**Stipulation to Continue Judgment and Sentence**                             **Case No. 2:16-CR-167 TLN**

1

2  Dated: April 30, 2020                McGregor Scott
3                                       United States Attorney

4

5                                       */s/ Brian A. Fogerty*
                                        Brian A. Fogerty
6                                       Assistant U.S. Attorney

7
                                        */s/ Donald H. Heller*
8                                       Attorney for Defendant
9                                       Kevin Lee Co

10
                                   **ORDER**
11

12       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

13       Judgment and Sentence scheduled for May 4, 2020 at 9:30 a.m. is vacated; and

14  is reset to October 29, 2020, at 9:30 a.m.

15
         **IT IS SO ORDERED.**
16

17
   Dated:  April 30, 2020
18                                      _____
                                        Hon. Troy L. Nunley
19                                      United States District Judge

20

21

22

23

24

25

26

27

28