DONALD H. HELLER, SBN 55717
DONALD H. HELLER,
A Law Corporation
3638 American River Drive
Sacramento, CA 95864
Telephone: (916) 974-3500
Facsimile: (916) 520-3497
E-Mail: dheller@donaldhellerlaw.com

Attorneys for Defendant
Kevin Lee Co

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN LEE CO,<br><br>Defendant. | Case No. 2:16-CR-167 TLN<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING MARCH 11, 2021 |

IT IS HEREBY STIPULATED, by and between Assistant United States Attorney Brian A. Fogerty, counsel for the plaintiff United States of America, and defendant Kevin Lee Co, by and through his attorney Donald H. Heller, that the Judgment and Sentencing Hearing scheduled for October 29, 2020 at 9:30 a.m. be continued to March 11, 2021, at 9:30 a.m., by the agreement of the parties.

//

//

Dated: October 20, 2020

McGregor Scott
United States Attorney

*/s/ Brian A. Fogerty*
Brian A. Fogerty
Assistant U.S. Attorney

*/s/ Donald H. Heller*
Attorney for Defendant
Kevin Lee Co

## ORDER

GOOD CAUSE APPEARING Based upon the representations of counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

The Judgment and Hearing scheduled for October 29, 2020 is vacated and continued to March 11, 2021, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: October 21, 2020

Troy L. Nunley
United States District Judge