McGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
KURT A. DIDIER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>KEVIN LEE CO,<br><br>    Defendant. | Case No.: 2:16-CR-000167-TLN<br><br>**STIPULATION FOR THE DEPOSIT OF FUNDS INTO THE COURT'S DEPOSIT FUND AND PAYMENT OF CRIMINAL MONETARY PENALTIES; AND ORDER THEREON** |

The Court has accepted defendant Kevin Lee Co's (Co) guilty plea and is scheduled to sentence him on March 11, 2021. Plaintiff United States and Co (the Parties), hereby seek an order authorizing Co to deposit monies into the Court's deposit fund (the Fund) prior to sentencing to be applied against the criminal monetary penalties ordered in the case (the Stipulation). The Stipulation concerns the $25,000.00 payment recently made for Co's benefit and any other prejudgment payments he or others may make on his behalf prior to his sentencing. The Parties stipulate as follows:

1.   Co signed a plea agreement on September 27, 2016 in which he agreed to plead guilty to Count One of the Information,[1] Wire Fraud, in violation of 18 U.S.C. § 1343, and Count Nine, Money Laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i). ECF No. 16. In his plea agreement, Co agreed

---

[1] *See*, ECF No. 1 (Information) and ECF No. 7 (Waiver of Indictment).

STIPULATION FOR THE DEPOSIT
OF MONIES, ETC.; AND ORDER

1   to pay a $200.00 special assessment and $4,542,236.08 in restitution to Holt of California.  *Id*. at 3.  The
2   plea agreement reserves the Parties' right to argue for or against a fine at sentencing.  *Id*.

3       2.    The Court entered Co's guilty plea to Counts One and Nine of the Information and
4   adjudged him guilty following his change of plea hearing.  ECF No. 13.  Sentencing is currently set for
5   March 11, 2021.  ECF No. 62.

6       3.    The presentence investigation report recommends that the Court order payment of a
7   $200.00 special assessment, a $15,000.00 fine, and $4,542,236.08 in restitution to Holt.  ECF No. 58, at
8   16.

9       4.    This case's docket report reflects the Clerk of Court (the Clerk) issued a payment receipt
10  on January 5, 2021 in the amount of $25,000.00 for the benefit of Co by Tiffani Co (the $25,000.00 Co
11  Prejudgment Payment).

12      5.    Co, or others on his behalf, may make additional prejudgment payments towards the
13  criminal monetary penalties to be ordered against him and incorporated into the judgment (the
14  Judgment).  There is no prepayment penalty and Co will receive dollar-for-dollar credit for all payments
15  he makes or others make for his benefit.

16      6.    Based on the foregoing, the Parties agree the Court should enter an order:

17      A.    Directing the Clerk to deposit the $25,000.00 Co Prejudgment Payment into the
18  Fund and to apply those funds to all criminal monetary penalties the Court orders in the Judgment;

19      B.    Directing the Clerk to deposit into the Fund any additional prejudgment payments
20  Co, or others on his behalf, make and to apply those funds to all criminal monetary penalties the Court
21  orders in the Judgment; and

22      C.    Approving and adopting the Stipulation in its entirety.

23      Respectfully submitted,

24  FOR THE UNITED STATES:    McGREGOR W. SCOTT
25      United States Attorney

26  Dated: January 29, 2021
        By:    */s/ Kurt A. Didier*
27      BRIAN A. FOGERTY
        KURT A. DIDIER
28      Assistant United States Attorneys

2

1  FOR DEFENDANT KEVIN LEE CO:

3  Dated: January 29, 2021                    By:    */s/ Donald H. Heller (with permission)*
                                                     DONALD H. HELLER, ESQ.
4                                                    Attorney for Defendant Kevin Lee Co

**O R D E R**

The Court, having reviewed the court files and the Parties' Stipulation for the Deposit of Funds into the Court's Deposit Fund and Payment of Criminal Monetary Penalties (the Stipulation), and good cause appearing therefrom, hereby APPROVES the Stipulation in its entirety. Accordingly, IT IS ORDERED that:

1.  The Clerk of Court (the Clerk) deposit the $25,000.00 Co Prejudgment Payment into the Court's deposit fund (the Fund) and apply those funds to all criminal monetary penalties the Court orders in the Judgment.

2.  Co, or others for his benefit, shall make any other payments payable to the "Clerk of the Court" at the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814. The payments shall state the docket number (No. 2:16-cr-00167-TLN) on the payment instrument and, if the remitter desires a payment receipt, shall include a self-addressed, stamped envelope with the payment(s).

3.  The Clerk shall deposit any additional prejudgment payments made for Co's benefit into the Fund.

4.  Co's prejudgment payments shall remain in the Fund pending adjudication of this case. Upon sentencing and entry of judgment, the Clerk shall apply the deposited payments towards the criminal monetary penalties ordered in the Judgment.

IT IS SO ORDERED.

Dated: February 1, 2021

Troy L. Nunley
United States District Judge