DONALD H. HELLER, SBN 55717
DONALD H. HELLER,
A Law Corporation
3638 American River Drive
Sacramento, CA 95864
Telephone: (916) 974-3500
E-Mail: dheller@donaldhellerlaw.com

Attorneys for Defendant
Kevin Lee Co

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>Kevin Lee Co,<br><br>Defendant. | Case No. 2:16-CR-00167-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING June 17, 2021** |

IT IS HEREBY STIPULATED, by and between Assistant United States Attorney Brian A. Fogerty, counsel for the plaintiff United States of America, and defendant Kevin Lee Co, by and through his attorney Donald H. Heller, that the Judgment and Sentencing Hearing scheduled for March 11, 2021, at 9:30 a.m. be continued to June 17, 2021, at 9:30 a.m., by the agreement of the parties and the approval of the new date by the Court Room Deputy's schedule of available dates. Save and except for the Sentencing Memorandums of the parties all the documents required to be disclosed have been disclosed by the respective parties.

Dated: February 21, 2021                    McGregor Scott
                                            United States Attorney


                                            */s/ Brian A. Fogerty*
                                            Brian A. Fogerty
                                            Assistant U.S. Attorney

                                            */s/ Donald H. Heller*
                                            Attorney for Defendant
                                            Kevin Lee Co

## ORDER

GOOD CAUSE APPEARING Based upon the representations of counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

The Judgment and Sentencing Hearing scheduled for March 11, 2021 is vacated and **CONTINUED** to **June 17, 2021, at 9:30 a.m**.

**IT IS SO ORDERED.**

Dated: February 22, 2021                    _____
                                            Troy L. Nunley
                                            United States District Judge