1 | McGREGOR W. SCOTT
United States Attorney
2 | BRIAN A. FOGERTY
KURT A. DIDIER
3 | Assistant United States Attorneys
501 I Street, Suite 10-100
4 | Sacramento, CA 95814
Telephone: (916) 554-2700
5 | Facsimile: (916) 554-2900

6 | Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:16-CR-000167-TLN |
|---|---|
| Plaintiff, | **STIPULATION FOR THE CREDITING OF DEFENDANT'S PREJUDGMENT PAYMENTS PAID DIRECTLY TO VICTIM HOLT OF CALIFORNIA TOWARDS THE RESTITUTION TO BE ORDERED IN THE JUDGMENT; AND ORDER THEREON** |
| v. | |
| KEVIN LEE CO, | |
| Defendant. | |

By order filed February 1, 2021 (the Order), the Court directed the Clerk of Court to accept the prejudgment payments defendant Kevin Lee Co (Co) previously made and may still make towards the criminal monetary penalties the parties anticipate the Court will order at sentencing (the Judgment Amount). ECF No. 64. The Order further directs the Clerk to deposit the prejudgment payments into the Court's deposit fund to be applied against the Judgment Amount. *Id*. This stipulation, similarly, to the one that led to the Order, concerns the disposition of prejudgment payments at sentencing, although the payments at issue here were paid directly to Holt of California (Holt), the sole victim in the case.

In his plea agreement, Co agreed to pay Holt $4,542,236.08 in restitution. ECF No. 16 at 3. Holt is not a signatory to this stipulation but has acknowledged in writing its receipt of prejudgment payments directly from Co and a non-party to be credited against the anticipated restitution to be ordered in the case. Declaration of Kurt A. Didier, filed concurrently herewith, Exhibit "A." The United States

STIPULATION FOR THE CREDIT
OF DIRECT VICTIM PAYMENTS;
AND ORDER

and Co (the Parties) agree the direct prejudgment payments to Holt should be credited towards the restitution ordered in the judgment and, accordingly, stipulate as follows:

    1.    Co signed a plea agreement on September 27, 2016 in which he agreed to plead guilty to Count One of the Information, Wire Fraud, in violation of 18 U.S.C. § 1343, and Count Nine, Money Laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i).  ECF No. 16.  In his plea agreement, Co agreed to pay a $200.00 special assessment and $4,542,236.08 in restitution to Holt.  *Id.* at 3.  The plea agreement reserves the Parties' right to argue for or against a fine at sentencing.  *Id.*

    2.    The Court entered Co's guilty plea to Counts One and Nine of the Information and adjudged him guilty following his change of plea hearing.  ECF No. 13.  Sentencing is currently set for June 17, 2021.  ECF No. 66.

    3.    The presentence investigation report recommends that the Court order payment of a $200.00 special assessment, a $15,000.00 fine, and $4,542,236.08 in restitution to Holt.  ECF No. 58, at 16.  The Parties anticipate the Court will order Co to pay Holt $4,542,236.08 in restitution.

    4.    Holt acknowledges that it has received, to date, a total of $493,828.03 in funds and property in-kind towards its losses attributable to Co's offense conduct.  Didier Decl., Exh. "A."

    5.    Based on the foregoing, the Parties agree the Court should enter an order:

    A.    Directing the Clerk of Court to credit Co in the amount of $493,828.03 against the restitution ordered in the Judgment; and

    B.    Approving and adopting the Stipulation in its entirety.

Respectfully submitted,

FOR THE UNITED STATES:

Dated: February 25, 2021

McGREGOR W. SCOTT
United States Attorney

By:   */s/ Kurt A. Didier*
BRIAN A. FOGERTY
KURT A. DIDIER
Assistant United States Attorneys

FOR DEFENDANT KEVIN LEE CO:

Dated: February 25, 2021

By:   */s/ Donald H. Heller (by permission)*
DONALD H. HELLER, ESQ.
Attorney for Defendant Kevin Lee Co

2

**O R D E R**

The Court, having reviewed the court files and the Parties' Stipulation for the Crediting of Defendant's Prejudgment Payments Paid Directly to Holt of California Towards the Restitution to be Ordered in the Judgment (the Stipulation), and good cause appearing therefrom, hereby APPROVES the Stipulation in its entirety.

Accordingly, IT IS ORDERED that the Clerk of Court shall apply a $493,828.03 payment credit towards the restitution ordered in the judgment, which is the amount victim Holt of California acknowledges it has received towards its losses attributable to Co's offense conduct.

**IT IS SO ORDERED**.

DATED:  February 28, 2021

_____
Troy L. Nunley
United States District Judge