DONALD H. HELLER, SBN 55717
DONALD H. HELLER,
A Law Corporation
3638 American River Drive
Sacramento, CA  95864
Telephone:    (916) 974-3500
E-Mail: dheller@donaldhellerlaw.com

Attorneys for Defendant
Kevin Lee Co

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:16-CR-167 TLN |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING SEPTEMBER 30, 2021 |
| KEVIN LEE CO, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Assistant United States Attorney Brian A. Fogerty, counsel for the plaintiff United States of America, and defendant Kevin Lee Co, by and through his attorney Donald H. Heller, that the Judgment and Sentencing Hearing scheduled for June 17, 2021, be continued to September 30, 2021, at 9:30 a.m., by the agreement of the parties consist with the schedule of available dates circulated by . Save and except for the Sentencing Memorandums of the parties all the documents required to be disclosed have been disclosed by the respective parties.

Dated: June 8, 2021

Phillip Talbert, Acting
United States Attorney

*/s/ Brian A. Fogerty*
Brian A. Fogerty
Assistant U.S. Attorney

*/s/ Donald H. Heller*
Attorney for Defendant
Kevin Lee Co

## ORDER

GOOD CAUSE APPEARING Based upon the representations of counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

The Judgment and Hearing scheduled for June 17, 2021, is vacated and continued to September 30, 2021, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: June 9, 2021

Troy L. Nunley
United States District Judge