PHILLIP A. TALBERT
Acting United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>KEVIN LEE CO,<br><br>                Defendant. | CASE NO. 2:16-CR-167 TLN<br><br>ORDER UNSEALING UNITED STATES' EX PARTE MOTION TO REVOKE RELEASE<br><br>COURT: Hon. Deborah Barnes |

The Court hereby grants the United States' motion to unseal a redacted version of the United States' motion to revoke the release order regarding defendant Kevin Lee Co, pursuant to 18 U.S.C. § 3148(b). The Court orders that redacted versions of the United States' motion and exhibits A and C shall be filed on the public docket. Exhibits B and C shall also be filed on the public docket. The unredacted motion and unredacted exhibits A and C shall remain under seal until further order of the Court. The government shall disclose the sealed motion and all exhibits to counsel for defendant Co.

SO ORDERED.

Dated: September 29, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE