PHILLIP A. TALBERT
Acting United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-167 TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE REGARDING SENTENCING |
| v. | |
| KEVIN LEE CO, | DATE: October 21, 2021 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference regarding sentencing on October 21, 2021. ECF No. 79.

2. Defendant's counsel of record, Candice Fields, was appointed on September 30, 2021. ECF No. 78. Counsel and the defendant require additional time to review discovery and prepare for sentencing. Accordingly, the defendant requests that the Court vacate the October 21, 2021 status conference and reset the matter for a status conference regarding sentencing to be held on November 18, 2021, at 9:30 a.m. At that time, the parties expect to request that the Court set a date and time for sentencing and entry of judgment.

3. In light of the fact that defense counsel was only recently appointed to represent the

defendant, the government does not oppose the defendant's request to vacate the existing hearing date and reset the matter for a status conference on November 18, 2021.

IT IS SO STIPULATED.

Dated:  October 20, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ BRIAN A. FOGERTY
BRIAN A. FOGERTY
Assistant United States Attorney

Dated:  October 20, 2021

/s/ CANDICE FIELDS
CANDICE FIELDS
Counsel for Defendant
Kevin Lee Co

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 20th day of October, 2021.

Troy L. Nunley
United States District Judge