1  PHILLIP A. TALBERT
   Acting United States Attorney
2  BRIAN A. FOGERTY
   Assistant United States Attorneys
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                           IN THE UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:16-CR-167 TLN

12                         Plaintiff,      STIPULATION TO CONTINUE STATUS
                                           CONFERENCE REGARDING SENTENCING
13            v.
                                           DATE: December 9, 2021
14  KEVIN LEE CO,                          TIME: 9:30 a.m.
                                           COURT: Hon. Troy L. Nunley
15                         Defendant.

16

17                                   **STIPULATION**

18         Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20         1.      By previous order, this matter was set for a status conference regarding sentencing on

21  December 9, 2021.  ECF No. 85.

22         2.      Defendant's counsel of record, Candice Fields, was appointed on September 30, 2021.

23  ECF No. 78.  Since Ms. Fields' appointment, the government has produced more than 1,000 pages of

24  discovery materials related to the PPP loan fraud that was the basis for the revocation of the defendant's

25  pretrial release.  Counsel and the defendant require additional time to review discovery and prepare for

26  sentencing, which may be impacted by the information contained in the new discovery.  Accordingly,

27  the defendant requests that the Court vacate the December 9, 2021 status conference and reset the matter

28  for a status conference regarding sentencing to be held on January 27, 2022, at 9:30 a.m.  At that time,

STIPULATION TO CONTINUE STATUS CONFERENCE          1

1    the parties expect to request that the Court set a date and time for sentencing and entry of judgment.

2         3.      In light of the fact that defense counsel was only recently appointed to represent the

3    defendant, the government does not oppose the defendant's request to vacate the existing hearing date

4    and reset the matter for a status conference on January 27, 2022.

5         IT IS SO STIPULATED.

6

7    Dated:  December 7, 2021                          PHILLIP A. TALBERT
                                                       Acting United States Attorney

8
                                                       /s/ BRIAN A. FOGERTY
9                                                      BRIAN A. FOGERTY
                                                       Assistant United States Attorney
10

11
     Dated:  December 7, 2021                          /s/ CANDICE FIELDS
12                                                     CANDICE FIELDS
                                                       Counsel for Defendant
13                                                     Kevin Lee Co

14

15

16                                 **FINDINGS AND ORDER**

17

18   DATED:  December 8, 2021

19

20

21

22                                   Troy L. Nunley
                                     United States District Judge
23

24

25

26

27

28