Candice L. Fields
Candice Fields Law
520 Capitol Mall, Suite 750
Sacramento, CA 95814
916.414.8050
cfields@candicefieldslaw.com

Attorney for Defendant
Kevin Lee Co

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN LEE CO,<br><br>Defendant. | No.  2:16-CR-167 TLN<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE REGARDING SENTENCING<br><br>DATE:   February 24, 2022<br>TIME:    9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.   By previous order, this matter was set for a status conference regarding sentencing on February 24, 2022. ECF No. 88.

2.   Defendant's counsel of record, Candice Fields, was appointed on September 30, 2021.  ECF No. 78. Since Ms. Fields' appointment, the government has produced more than 1,000 pages of discovery materials related to the PPP loan fraud that was the basis for the revocation of the defendant's pretrial release. Counsel and the defendant require additional time

to review discovery and prepare for sentencing, which may be impacted by the information contained in the new discovery. Accordingly, the defendant requests that the Court vacate the February 24, 2022 status conference and reset the matter for a status conference regarding sentencing to be held on **March 24, 2022, at 9:30 a.m.** At that time, the parties expect to request that the Court set a date and time for sentencing and entry of judgment.

3. In light of the fact that defense counsel was only recently appointed to represent the defendant, the government does not oppose the defendant's request to vacate the existing hearing date and reset the matter for a status conference on **March 24, 2022**.

IT IS SO STIPULATED.

Dated: February 21, 2022					PHILLIP A. TALBERT
							United States Attorney


							/s/ BRIAN A. FOGERTY
							BRIAN A. FOGERTY
							Assistant United States Attorney


Dated: February 21, 2022					/s/ CANDICE L. FIELDS
							CANDICE L. FIELDS
							Counsel for Defendant
							Kevin Lee Co


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: February 22, 2022

							_____
							Troy L. Nunley
							United States District Judge