```
PHILLIP A. TALBERT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN LEE CO,<br><br>Defendant. | CASE NO. 2:16-CR-167 TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE REGARDING SENTENCING<br><br>DATE: March 31, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference regarding sentencing on March 31, 2022. ECF No. 93.

2. Defendant's counsel of record, Candice Fields, was appointed on September 30, 2021. ECF No. 78. Since Ms. Fields' appointment, the government has produced more than 1,000 pages of discovery materials related to the PPP loan fraud that was the basis for the revocation of the defendant's pretrial release. Counsel and the defendant require additional time to review discovery and prepare for sentencing, which may be impacted by the information contained in the new discovery. Accordingly, the defendant requests that the Court vacate the March 24, 2022, status conference and reset the matter for a status conference regarding sentencing to be held on **April 7, 2022, at 9:30 a.m**.

IT IS SO STIPULATED.

Dated:  March 29, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ BRIAN A. FOGERTY
BRIAN A. FOGERTY
Assistant United States Attorney

Dated:  March 29, 2022

/s/ CANDICE FIELDS
CANDICE FIELDS
Counsel for Defendant
Kevin Lee Co

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 29th day of March, 2022.

Troy L. Nunley
United States District Judge