PHILLIP A. TALBERT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

**FILED**
May 06, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-167 TLN |
|---|---|
| Plaintiff, | |
| v. | |
| KEVIN LEE CO, | |
| Defendant. | |

S U P E R S E D I N G   I N F O R M A T I O N

COUNT ONE: [18 U.S.C. § 1014 – False Statement]

The United States Attorney charges: T H A T

KEVIN LEE CO,

defendant herein, on or January 11, 2021, in the County of Placer, State and Eastern District of California, and elsewhere, knowingly made false statements and reports for the purpose of influencing the action of Exchange Bank, an institution the accounts of which were then insured by the Federal Deposit Insurance Corporation, in connection with an application for a $278,514.00 Paycheck Protection Program loan for Apollo HP, Inc., in that the defendant falsely represented that within the last 5 years, he had not pleaded guilty to any felony involving fraud, when in truth and in fact on or about December 8, 2016, the defendant pleaded guilty to Wire Fraud, in violation of Title 18, United States Code, Section

1343, all in violation of Title 18, United States Code, Section 1014.

The United States Attorney further charges: T H A T

KEVIN LEE CO,

defendant herein, committed the instant offense while on federal release pending sentencing. Specifically, defendant was charged with Wire Fraud and Money Laundering, in violation of 18 U.S.C. §§ 1343 and 1956(a)(1)(B)(i), on August 26, 2016, in the United States District Court for the Eastern District of California.  On September 13, 2016, defendant was released on conditions.  On December 8, 2016, defendant pleaded guilty to Wire Fraud and Money Laundering, in violation of 18 U.S.C. §§ 1343 and 1956(a)(1)(B)(i).

Dated:  May 6, 2022

PHILLIP A. TALBERT
United States Attorney

By:  /s/ Brian A. Fogerty
BRIAN A. FOGERTY
Assistant United States Attorney

**United States v. Kevin Lee Co**
**Penalties for Superseding Information**

## COUNT 1:

VIOLATION:        18 U.S.C. § 1014 – False Statement

PENALTIES:        A maximum of up to 30 years in prison; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of up to 5 years; and
Pursuant to 18 U.S.C. § 3147, an additional consecutive sentence of up to 10 years in prison.

SPECIAL ASSESSMENT: $100