PHILLIP A. TALBERT
United States Attorney
NICHOLAS M. FOGG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>KEVIN LEE CO,<br><br>      Defendant. | CASE NO. 2:16-CR-00167-TLN-CKD<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME |

  On September 5, 2023, the United States requested a six-week extension of time to file its response or opposition to Defendant Kevin Lee Co's motion to vacate, set aside, or correct a sentence.

  IT IS HEREBY ORDERED that the United States' request for a six-week extension is GRANTED. The United States shall file its opposition no later than October 27, 2023. Defendant Co shall file a reply, if any, no later than November 27, 2023.

Dated: September 6, 2023

                    _/s/ Carolyn K. Delaney_
                    CAROLYN K. DELANEY
                    UNITED STATES MAGISTRATE JUDGE