UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>KEVIN LEE CO,<br><br>Movant. | No.  2:16-cr-00167-TLN-CKD<br><br><br><br>ORDER |

Movant filed a motion for extension of time to file a reply brief.  Respondent filed a statement of non-opposition.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 164) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file a reply brief.

Dated: January 9, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/co0167.36