UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:16-cr-00167-TLN-CKD |
|---|---|
| Respondent, | |
| v. | ORDER |
| KEVIN LEE CO, | |
| Movant. | |

Movant filed a motion for an extension of time to file evidence in support of his reply brief. Respondent has filed a statement of non-opposition to the motion. Good cause appearing, IT IS HEREBY ORDERED that:

1. Movant's request for an extension of time (ECF No. 168) is granted; and

2. Movant is granted thirty days from the date of this order in which to file any evidence in support of his previously filed reply brief.

Dated: February 13, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/co0167.236

1