UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:16-cr-00167-TLN-CKD |
| Plaintiff, | |
| v. | **ORDER** |
| KEVIN LEE CO, | |
| Defendant. | |

Defendant Kevin Lee Co ("Defendant"), a federal prisoner proceeding *pro se*, filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. (ECF No. 129.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 17, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 178.) Neither party filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations (ECF No. 178) are ADOPTED IN FULL;

2. Defendant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (ECF No. 129) is DENIED;

3. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

4. The Clerk of the Court is directed to close the companion civil case, No. 2:23-cv-1711-TLN-CKD.

IT IS SO ORDERED.

Date: March 19, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2